IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE I, et. al.,<br><br>              Plaintiffs,<br><br>    v.<br><br>COLONEL ROBERT EVANCHICK, in his Official Capacity as Acting Commissioner of the Pennsylvania State Police<br><br>              Defendant. | CIVIL ACTION<br>NO. 16-6039 |

## ORDER

**AND NOW**, this 10th day of January 2019, upon consideration of Plaintiffs' Motion for Summary Judgment (Doc. No. 61), Defendant's Motion for Summary Judgment (Doc. No. 65), Plaintiffs' Response in Opposition to Defendant's Motion (Doc. No. 69), Defendant's Response in Opposition to Plaintiffs' Motion (Doc. No. 71), Plaintiffs' Reply in Support of Motion for Summary Judgment (Doc. No. 72), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Plaintiffs' Motion for Summary Judgment (Doc. No. 61) is **DENIED**;

2. Defendant's Motion for Summary Judgment (Doc. No. 65) is **GRANTED**;

3. Judgment shall be entered in favor of **DEFENDANT**; and

4. The Clerk of Court shall close this case for statistical purposes.

                                              BY THE COURT:

                                              /s/ Joel H. Slomsky
                                              JOEL H. SLOMSKY, J